_Hashem is King his son is prince_

_Hashem see all Things_

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

Tempeal of Leviticeus Preist
Robert Murray
known as Leviticus Lucifer

Write the full name of each plaintiff.

No. _____
(To be filled out by Clerk's Office)

-against-

C.O John Doe  C.O John Doe
OMH Jan Doe Supervicer of
of Pace program in GRVC

**COMPLAINT**
(Prisoner)

Do you want a jury trial?
☐ Yes   ☐ No

Sred The Eath in rivers of Blood in The Name of Righ

Write the full name of each defendant. If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section IV.

RECEIVED
SDNY PRO SE OFFICE
2022 FEB -3 AM 10:35

---

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 5/6/16

## I. LEGAL BASIS FOR CLAIM

State below the federal legal basis for your claim, if known. This form is designed primarily for prisoners challenging the constitutionality of their conditions of confinement; those claims are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "*Bivens*" action (against federal defendants).

☑ Violation of my federal constitutional rights

☐ Other: _____

## II. PLAINTIFF INFORMATION

Each plaintiff must provide the following information. Attach additional pages if necessary.

__Robert__ __L__ __Murray__
First Name / Middle Initial / Last Name

__Leviticus Lucifer__
State any other names (or different forms of your name) you have ever used, including any name you have used in previously filing a lawsuit.

__349 21 03473__
Prisoner ID # (if you have previously been in another agency's custody, please specify each agency and the ID number (such as your DIN or NYSID) under which you were held)

__GRVC 09-09 Hazen St__
Current Place of Detention

__09-09 Hazen St East Elmhurst NY 11370__
Institutional Address

__NY__ __NY__ __11370__
County, City / State / Zip Code

## III. PRISONER STATUS

Indicate below whether you are a prisoner or other confined person:

☑ Pretrial detainee
☐ Civilly committed detainee
☐ Immigration detainee
☐ Convicted and sentenced prisoner
☐ Other: _____

## IV. DEFENDANT INFORMATION

To the best of your ability, provide the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are identical to those listed in the caption. Attach additional pages as necessary.

Defendant 1:
John Doe
First Name    Last Name    Shield #

C.O
Current Job Title (or other identifying information)

09-09 Hazen St GRVC
Current Work Address

Bronx    NY    11370
County, City    State    Zip Code

Defendant 2:
John Doe
First Name    Last Name    Shield #

09-09 Hazen St GRVC
Current Job Title (or other identifying information)

09 09 Hazen St
Current Work Address

Bronx    NY    11370
County, City    State    Zip Code

Defendant 3:
Jay Doe
First Name    Last Name    Shield #

OmH Pace Program Supervisor GRVC
Current Job Title (or other identifying information)

09-09 Hazen St
Current Work Address

Bronx    NY    11370
County, City    State    Zip Code

Defendant 4:
First Name    Last Name    Shield #

Current Job Title (or other identifying information)

Current Work Address

County, City    State    Zip Code

Page 3

## V.    STATEMENT OF CLAIM

Place(s) of occurrence:  GRVC 19 Bldiing

Date(s) of occurrence:  arownd or aBout 1-2-22 to 1-27-22

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and how each defendant was personally involved in the alleged wrongful actions. Attach additional pages as necessary.

I was Beat up in c-95 By officers wich maid me wechare Bond I cant walk The officers in c-95 Brout me TO a cell in GRVC and place me on The Floor in The pace program it Not a welchare jail it has No resinaBel accommidation For a person That cant walk The om1t supervicer of pace program got me liveing in a cell on The FLOOR I have Not Taken a shower in weeks There 2 officers vilating my Food By useing inmates to Do it Tehe 2 officers Beat me up By spring me with mace when I was on the Floor and jumping on me and pounching me in my Face in retaliation To me Filaing Lawsuits agenst officer on 1-27-22 The officer That sprad me with mase and punch me in The Face

When I was on the Floor and he called a Black inmate a Nigga had inmates put somting in my Food FASK The inmate Why you a letting The officer Tell you To Diss my Food I Told The co if he Dont cell the Dep I will kill my SlFE He Told me to kill my SELF I was Found uncouchus in my cell By an officer and a captin I Tole The capt. That he has To Do somthing About me liveing on the FLooR in my cell and The officers Vilating my Food in retaliation to me Fileing lawsuit against office all Eve done is on camera and Body cam

I liveing on The FLooR like a Dog my life a Dog live Beter then the way I'm liveing at This Time

Neck and Back and Legs

## INJURIES:

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

## VI. RELIEF

State briefly what money damages or other relief you want the court to order.

I want The to give me my welfare back and give me my accomidations

50,000,000 punitive on OMH
50,000,000 punitive on D.O.C.
50,000,000 compensatory OMH
50,000,000 compensatory D.O.C.

Page 5

## VII. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I understand that if I file three or more cases while I am a prisoner that are dismissed as frivolous, malicious, or for failure to state a claim, I may be denied *in forma pauperis* status in future cases.

I also understand that prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions, 42 U.S.C. § 1997e(a), and that my case may be dismissed if I have not exhausted administrative remedies as required.

I agree to provide the Clerk's Office with any changes to my address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| | |
|---|---|
| 1-27-22 | [signature] |
| **Dated** | **Plaintiff's Signature** |
| Roy A | Murry |
| **First Name**   **Middle Initial**   **Last Name** | |
| 09-09 14 42 E N St | |
| **Prison Address** | |
| Brc..t | NY    11270 |
| **County, City**   **State**   **Zip Code** | |

Date on which I am delivering this complaint to prison authorities for mailing: 1-27-22

Page 6

Robert Murray 3498 2103722
09-09-Hazen St
East Elmhurst NY 11370

NEW YORK NY 100
31 JAN 2022 PM 7 L

Pro-se Office
United State District
Court Southern District
of NY
500 Pearl St
New York New York
10007-1312

RECEIVED
SDNY PRO SE OFFICE
2022 FEB -3  AM 10: 29



Robert Murray
341-41-03443
Anna Kross C+
East Elmhurst, NY 11370

USPS
US Mail

RECEIVED
SDNY PRO SE OFFICE
2022 FEB -3 AM 10: 26

Pro-Se Office
Southern District of N.Y.
500 Pearl St
New York, NY 10007

Legal Mail