UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

ROBERT MURRAY, *as Leviticus Lucifer*,  :

        Plaintiff,  :  <u>ORDER OF SERVICE</u>

    -v.-  :
                   22 Civ. 973 (JPO) (GWG)

C.O. JOHN DOE, et al.,  :

         :

        Defendants.
-------------------------------------------------------------x

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

    The Clerk of Court is directed to notify the New York City Department of Correction and the New York City Law Department of this order. The Court requests that Captain Paul Moodie, Shield # 593; Correction Officer Jovan Vasquez, Shield # 11590; Correction Officer Kydean Shepherd, Shield # 10184; Correction Officer Lashawn Redditt, Shield # 8051; Correction Officer Jamal Dart, Shield # 10904; Correction Officer Troy Grube, Shield # 13439; Correction Officer Delron Dawkins, Shield # 7189 waive service of summons

    SO ORDERED.

Dated: August 17, 2022
      New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge