UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
                                                                :
ROBERT L MURRAY,                                                :
                Plaintiff,                                    :   ORDER PURSUANT TO
                                                                    RULE 16(b)(1)(A)
      -v.-                                                      :
                                                                :   22 Civ. 973 (JPO) (GWG)
                                                                :
C.O. JOHN DOE et al.,                                           :
                Defendants                                     :
                                                                :
---------------------------------------------------------------x

GABRIEL W. GORENSTEIN
UNITED STATES MAGISTRATE JUDGE

      This matter has been referred to the undersigned for general pretrial purposes. The attorney for defendants is directed to contact plaintiff within seven business days by telephone for purposes of creating a discovery plan. See Fed. R. Civ. P. 26(f). The plan should contain the following elements:

1. A deadline by which all documents requests and initial interrogatories must be served.

2. The deadline by which defendants shall respond to the Standard Discovery in Prisoner Pro Se Actions pursuant to Local Civil Rule 33.2, to the extent applicable.

3. The deadline for the disclosures of the identities and reports of experts, if any, as required by Rule 26(a)(2)(A) and (B).

4. The deadline for the disclosure of identities and reports of any expert intended by an opposing party solely to rebut previously-disclosed expert evidence.

5. A date by which all discovery must be completed.

The parties are free to include additional elements in the plan if they wish. Also, the parties are encouraged to discuss settlement during the telephone conference. If both parties wish the Court to conduct a settlement conference or if a telephone conference is needed for any purpose, they may so request in the discovery plan.

      Counsel for defendants is responsible for filing the plan with the Court on or before February 20, 2023.  If the parties disagree over the terms of the plan, the disagreement may be noted in the plan itself.  In the alternative, plaintiff may respond by sending a letter to the Court within 7 days of the filing of the plan.  Following receipt of any proposed plan, the Court will issue a scheduling order.

      Finally, the Court notes that each party must immediately inform the Court of any change in that party's address or telephone number in the future.  If a party fails to do so, the case may be dismissed or a default entered.

      Please be aware that the Pro Se Office at the United States Courthouse, 500 Pearl Street, Room 230, New York, New York ((212) 805-0175) may be of assistance in connection with court procedures.

Dated:  New York, New York
        January 30, 2023

                SO ORDERED:

                _____
                GABRIEL W. GORENSTEIN
                United States Magistrate Judge

Copies to:

Robert L. Murray
ID#950-22-00004
North Infirmary Command (NIC)
15-00 Hazan Street
East Elmhurst, NY 11370
PRO SE