UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ROBERT L. MURRAY,

                       Plaintiff,                      22 Civ. No. 973 (JPO) (GS)

       -against-                               **ORDER**

C.O. JOHN DOE, et al.,

                       Defendants.
------------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

       The Court is in receipt of Defendants' April 1, 2024 Status Report informing the Court that Plaintiff is no longer hospitalized and is currently incarcerated at West Facility on Rikers Island. (Dkt. No. 50). Defendants request that the Court continue to stay this action in order to allow time for Defendants to contact Plaintiff at Rikers and engage in settlement discussions. (*Id.*). The Court agrees and hereby STAYS this action pending the parties' settlement discussions. Defendants are directed to continue to submit a status update every 30 days pursuant to the Court's March 1, 2024 Order. (Dkt. No. 49). The Clerk is respectfully directed to close the motion pending at Dkt. No. 48.

       SO ORDERED.

DATED:     April 10, 2024
                 New York, New York

                                                 The Honorable Gary Stein
                                                 United States Magistrate Judge