UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ROBERT L. MURRAY,

                             Plaintiff,                     **22 Civ. No. 973 (JPO) (GS)**

          -against-                                  **ORDER**

C.O. JOHN DOE, et al.,

                             Defendants.
-----------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

      Pursuant to the Court's prior Orders (Dkt. Nos. 49 & 51), Defendants were directed to submit a status update every 30 days regarding progress made to contact Plaintiff, incarcerated at West Facility on Rikers Island, and engage in settlement discussions. Defendants submitted a status report on April 1, 2024 (Dkt. No. 50), but have failed to submit a subsequent report, which was due on Wednesday, May 1, 2024. Defendants are hereby directed to submit a status report, in compliance with the Court's prior Orders, by Monday, June 3, 2024, and every 30 days thereafter, unless otherwise directed by the Court.

      The Court cautions Defendants that it will not continue to stay this action absent efforts to contact Plaintiff and engage in settlement discussions or, at a minimum, a reasonable explanation as to why Defendants are unable to do so.

      **SO ORDERED.**

DATED:    May 17, 2024
               New York, New York

                                                            _____
                                                              The Honorable Gary Stein
                                                               United States Magistrate Judge