**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
ROBERT L. MURRAY,

                        Plaintiff,                 **22 Civ. 973 (JPO) (GS)**

        -against-                       **<u>ORDER</u>**

C.O. JOHN DOE, *et al*,

                        Defendants.
------------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

      On October 9, 2024, Judge Oetken granted Defendants' motion to stay all proceedings pending resolution of Defendant City's motion before Judge Rochon to revoke Plaintiff's IFP status in the matter of *Murray v. City of New York et al*, 24 Civ. 4918.  (Dkt. No. 66).  Plaintiff subsequently paid the filing fee in 24 Civ. 4918, and Judge Rochon denied the motion as moot on December 16, 2024.  The City then moved to revoke Plaintiff's IFP status in another of Plaintiff's actions in this District, *Murray v. City of New York et al.*, 24 Civ. 3758.  On April 4, 2025, Judge Clarke adopted in its entirety Judge Aaron's Report and Recommendation recommending that the City's motion to revoke Plaintiff's IFP status be granted.

      Defendants now ask the Court to take judicial notice of Judge Clarke's decision revoking Plaintiff's IFP status and request that the Court revoke Plaintiff's IFP status in the instant action. (Dkt. No. 70).  **If Plaintiff wishes to oppose the motion, he may do so by filing a letter no later than Friday, May 9, 2025.**  If Plaintiff does not submit an opposition, or a request for additional time to submit an opposition, by that date, the Court will deem Defendants' motion to be unopposed.  The stay of this action shall continue until the resolution of Defendants' motion to revoke Plaintiff's IFP status or until Plaintiff pays the filing fee in this action.

The Clerk of Court is respectfully directed to mail a copy of this order to Plaintiff at the address indicated on the docket, as well as to the following addresses:

Robert Lee Murray
B&C: 9902300038
North Infirmary Command
15-00 Hazen Street
East Elmhurst, NY 11370

Cynthia Turnipseed (Agent)
758 Pelham Pkwy South Apt. 4F
Bronx, NY 10462

**SO ORDERED.**

DATED:    April 9, 2025
         New York, New York

_____
The Honorable Gary Stein
United States Magistrate Judge

2