UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT MURRAY,

                    Plaintiff,

            -v-

C.O. JOHN DOE, *et al.*,

                    Defendants.

22-CV-973 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

 On June 16, 2025, Defendants filed a motion for reconsideration of this Court's May 20, 2025 Order denying Defendants' motion to revoke Plaintiff Robert Murray's *in forma pauperis* ("IFP") status.  If Murray chooses to oppose the motion, he must file a brief in opposition by June 30, 2025.  Otherwise, the motion will be considered unopposed.

 The Clerk of Court is directed to mail a copy of this Order to Plaintiff.

 SO ORDERED.

Dated: June 17, 2025
  New York, New York

_____
                    J. PAUL OETKEN
                  United States District Judge