UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT MURRAY,

                         Plaintiff,

            -v-

C.O. JOHN DOE, *et al.*,

                        Defendants.

22-CV-973 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

      On July 14, 2025, the Court directed Plaintiff to show cause why this case should not be dismissed for failure to comply with this District's March 18, 2024 Standing Order requiring all self-represented litigants to inform the Court of each change of address. (ECF No. 81.) The Court informed Plaintiff that if he failed to update his address by August 11, 2025, this action would be dismissed without prejudice. (*Id.* at 2.) Plaintiff has failed to respond.

      Accordingly, this case is dismissed without prejudice to Murray filing a new civil action.

      The Clerk of Court is directed to mail a copy of this order to Murray's last known address, as well as an additional address listed in the City's latest filing: Robert L. Murray, BC #9902300038, George R. Vierno Center, 09-09 Hazen Street, East Elmhurst, NY 11370. The order also will be viewable on the Court's electronic docket.

      The Clerk of Court is directed to close this case.

      SO ORDERED.

Dated: August 13, 2025
       New York, New York

                                                  J. PAUL OETKEN
                                          United States District Judge