UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT L. MURRAY,
Plaintiff,

-v-

C.O. JOHN DOE, *et al.*
Defendants.

22-CV-973 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

The Court has been informed that the parties have reached a global settlement that encompasses Plaintiff's claims in this case. Accordingly, it is hereby ORDERED that this action is discontinued without prejudice and without costs; provided, however, that within 60 days of the date of this Order, (1) Plaintiff may apply by letter motion to reopen this action in the event that settlement is not consummated, and (2) the parties may submit their own stipulation of settlement and dismissal for the Court to so-order.

If no such application is filed within 60 days of the date of this Order, then (1) all claims in this case will be dismissed with prejudice, and (2) any application to reopen will be denied as untimely.

SO ORDERED.

Dated: October 29, 2026
New York, New York

J. PAUL OETKEN
United States District Judge